# United States District Court

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Marcus Ayala** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **6:11MJ0060-001**<br><br>Marc Robert<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   pleaded guilty to count: 36 CFR 4.23 (a)(2), Operating a Motor Vehicle with BAC Greater than .08% .
[ ]   pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Citation Number(s) |
|---|---|---|---|
| 36 CFR 4.2/CVC 14601.2 (a) | Driving on a Suspended D.L. behind a DUI | 6/27/2011 | One |

   The defendant is sentenced as provided in pages 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]   Count(s)  2 , 3, 4 (are) dismissed on the motion of the United States.

[ ]   Indictment is to be dismissed by District Court on motion of the United States.

[ ]   Appeal rights given.          [X]   Appeal rights waived.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/19/2011
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

7/19/2011
Date

# UNSUPERVISED PROBATION

The defendant is placed on Unsupervised Probation for 12 months with following terms and conditions:

1. Pursuant to 18 USC 3563 (b)(10) the defendant shall serve 10 days custody with credit for two days served for a total of 8 days in the custody of Bureau of Prisons. Defendant shall surrender on 9/19/2011.

2. Defendant shall pay $10 penalty assessment to the Clerk of Court, 2500 Tulare St., Rm 1501, Fresno, CA 93721.

3. Defendant shall obey all laws.